## MITCHELTREE SCHOOL TOWNSHIP OF MARTIN COUNTY v. HITCHCOCK.

[No. 8,217.   Filed January 14, 1914.]

From Martin Circuit Court; *James W. Ogden*, Judge.

Action by Roscoe Hitchcock against Mitcheltree School Township of Martin County. From a judgment for plaintiff, the defendant appeals. *Reversed.*

*Frank E. Gilkison*, for appellant.
*F. Gwin*, for appellee.

IBACH, J.—The record in this case is practically identical with the record in the case of *Mitcheltree School Tp.* v. *Baker* (1913), 53 Ind. App. 473, 101 N. E. 1037. The same questions are presented by the pleadings, the same rulings were made in the trial court, and the same errors are assigned here. Upon the authority of that case the judgment is reversed, with directions to the trial court to overrule appellee's demurrer to appellant's answer, and for further proceedings not inconsistent with the opinion in that case.

## MITCHELTREE SCHOOL TOWNSHIP OF MARTIN COUNTY v. CHASTAIN.

[No. 8,218.   Filed January 14, 1914.]

From Martin Circuit Court; *James W. Ogden*, Judge.

Action by Harvey Chastain against Mitcheltree School Township of Martin County. From a judgment for plaintiff, the defendant appeals. *Reversed.*

*Frank E. Gilkison*, for appellant.
*F. Gwin*, for appellee.

IBACH, J.—This case, as presenting the same questions, was consolidated for briefing purposes with the case of *Mitcheltree School Tp.* v. *Hitchcock* (1914), *ante* 698. Upon the authority of that case, the judgment is reversed, with directions to the trial court to overrule appellee's demurrer to appellant's answer, and for further proceedings not inconsistent with the opinion in that case.